# ELECTRONIC RECORD

**417-15**

COA #   07-14-00171-CR                OFFENSE:   29.03

STYLE:   Jesus Efrain Abrego v. The State of Texas                COUNTY:   Tarrant

COA DISPOSITION:   Affirmed                TRIAL COURT:   371st District Court

DATE: 03/13/2015                Publish: No   TC CASE #:   1335057D

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Jesus Efrain Abrego v. The State of Texas                CCA #:   **417-15**

_____APPELLANT'S_____ Petition                CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:                DATE: _____

_____REFUSED_____                JUDGE: _____

DATE: ___06/10/2015___                SIGNED: _____                PC: _____

JUDGE: ___Per Curiam___                PUBLISH: _____                DNP: _____

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD